■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DAVIS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Balbach, J.), rendered May 26, 1982, convicting him of attempted robbery in the first degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds that could be raised on appeal. Counsel's application to be relieved as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Lazer, Thompson and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE FITTS, Appellant. — Judgment of the Supreme Court, Queens County (Balbach, J.), rendered January 21, 1983, affirmed (see *People v Pellegrino,* 60 NY2d 636). Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT GUERRA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Ramirez, J.), rendered February 23, 1981, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. In our view, the factual allocution was sufficient (*People v Nixon,* 21 NY2d 338, cert den 393 US 1067). In any event, not having raised the argument that he should be relieved of his guilty plea before Criminal Term, the issue is not preserved for review (*People v Pellegrino,* 60 NY2d 636). Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.